IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNCORA GUARANTEE INC., formerly known as XL CAPITAL ASSURANCE, INC.,

Plaintiff,

v.

EMC MORTGAGE CORPORATION,

Defendant.

No. C 12-80028 SI

**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

On February 27, 2012, the Court issued an Order conditionally granting plaintiff Syncora Guarantee's Administrative Motion to File Under Seal certain documents designated as confidential by defendant EMC Mortgage Corporation ("EMC") and third party GreenPoint Mortgage Funding Inc. ("GreenPoint"). Pursuant to Local Rule 79-5(d), "Filing a Document Designated Confidential by Another Party," designating parties EMC and GreenPoint then filed declarations establishing that the designated information is, in fact, sealable. Having read the declarations, the Court finds good cause to keep the sealing order in place.

Plaintiff Syncora therefore shall e-file a public, redacted version of the documents. EMC and GreenPoint shall file under seal unredacted versions of the documents.

**IT IS SO ORDERED.**

Dated: March 1, 2012

SUSAN ILLSTON
United States District Judge