**United States District Court**
For the Northern District of California

1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    SYNCORA GUARANTEE INC., formerly              No. C 12-80028 SI
     known as XL CAPITAL ASSURANCE, INC.,
9                                                  **ORDER GRANTING ADMINISTRATIVE**
                 Plaintiff,                        **MOTION TO FILE UNDER SEAL**
10
11        v.
12   EMC MORTGAGE CORPORATION,
13               Defendant.
                                            /
14
15          On February 27, 2012, the Court issued an Order conditionally granting plaintiff Syncora
16   Guarantee's Administrative Motion to File Under Seal certain documents designated as confidential by
17   defendant EMC Mortgage Corporation ("EMC") and third party GreenPoint Mortgage Funding Inc.
18   ("GreenPoint").   Pursuant to Local Rule 79-5(d), "Filing a Document Designated Confidential by
19   Another Party," designating parties EMC and GreenPoint then filed declarations establishing that the
20   designated information is, in fact, sealable.  Having read the declarations, the Court finds good cause
21   to keep the sealing order in place.
22          Plaintiff Syncora therefore shall e-file a public, redacted version of the documents.  EMC and
23   GreenPoint shall file under seal unredacted versions of the documents.
24
25          **IT IS SO ORDERED.**
26
27   Dated: March 1, 2012                           _____
                                                    SUSAN ILLSTON
28                                                  United States District Judge